No. 94–1489. RICKETTS ET AL. *v.* CITY OF COLUMBIA. C. A. 8th Cir. Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–1495. WINBACK & CONSERVE PROGRAM, INC., ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–5755. RAMEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE SCALIA would grant the petition, vacate the judgment, and remand the case for further consideration in light of *United States* v. *Lopez, ante,* p. 549.

No. 94–7238. IWUALA *v.* IMMIGRATION AND NATURALIZATION SERVICE, 513 U. S. 1164;

No. 94–7525. WILLIAMS *v.* MEESE, FORMER ATTORNEY GENERAL, ET AL., 513 U. S. 1176;

No. 94–7598. IN RE ADAMS, 513 U. S. 1189;

No. 94–7823. McCANN *v.* WESTINGHOUSE ELECTRIC CORP., *ante,* p. 1007;

No. 94–7825. McDONALD *v.* POLK COUNTY, GEORGIA, *ante,* p. 1025;

No. 94–8087. HALL *v.* UNITED STATES, *ante,* p. 1030; and

No. 94–8154. IN RE TRICE, *ante,* p. 1014. Petitions for rehearing denied.

No. 94–7494. MUSGRAVE *v.* WELBORN, WARDEN, 513 U. S. 1193. Motion for leave to file petition for rehearing denied.

No. 94–7552. COOPER *v.* NATIONAL RX SERVICES, 513 U. S. 1198. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–7751. RAITPORT *v.* AMERICAN TELEPHONE & TELEGRAPH ET AL., *ante,* p. 1032. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.